UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,          :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND        :
THE MCGRAW-HILL COMPANIES, INC.,
                                  :
              Plaintiffs,
                                  :
       -against-
                                  :
MAANSI SAXENA AND YOGESH SAXENA
BOTH D/B/A BOOKSHORE D/B/A        :
BOOKSONTREES D/B/A DEAL-XPRESS
and JOHN DOE NOS. 1-5,            :

              Defendants.  :

- - - - - - - - - - - - - - - - -x

**07 CV 10620**

07 Civ.

COMPLAINT

          Plaintiffs Pearson Education, Inc. ("Pearson"), John

Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc., formerly

Thomson Learning, Inc. ("Cengage") and The McGraw-Hill

Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys,

for their complaint against defendants Maansi Saxena and Yogesh

Saxena, both d/b/a Bookshore d/b/a BooksOnTrees d/b/a DEAL-

XPRESS (collectively "Saxena") and John Doe Nos. 1 through 5,

aver:

                    Nature of the Action

          1.   Plaintiffs are bringing this action to enforce

their copyrights and trademarks against defendants' unlawful

sale in the United States of non-United States versions of plaintiffs' educational books.

## Jurisdiction and Venue

2.   This Court has subject matter jurisdiction over the first two claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq., or the Lanham Act, 15 U.S.C. § 1051 et seq.  This Court has subject matter jurisdiction over the third claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

3.   Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## Parties

4.   Pearson is a Delaware corporation with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.   Wiley is a New York corporation with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.    Cengage is a Delaware corporation with its principal place of business at 200 First Stamford Place, Stamford, Connecticut 06902.

7.    McGraw-Hill is a New York corporation with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.    Upon information and belief, defendants Maansi Saxena and Yogesh Saxena are natural persons residing in Somerset, New Jersey.

9.    Upon information and belief, defendants John Doe Nos. 1-5 are associates of Saxena whose identities are presently unknown to plaintiffs.

<u>The Businesses of Plaintiffs</u>

10.    Each plaintiff publishes a variety of works, including educational books.

11.    As a standard practice, each plaintiff requires its authors to assign the copyright to them or grant them the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize dissemination of each work.

12.    Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation,

licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

13. Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced. A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals. This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

14. Plaintiffs' educational books authorized for sale in the United States are of the highest quality (the "United States Editions"). These books are generally printed on strong, hard-cover bindings with glossy protective coatings and, in some cases, contain extra features such as sewn ribbon bookmarks. Plaintiffs frequently offer academic supplements, such as CD-ROMs, computer passwords that provide purchasers with access to academic websites corresponding to the textbooks, and study guides with the United States Editions.

15. Plaintiffs generally create different versions of their educational books that are intended for sale in specific geographic markets outside of the United States (the "Foreign Editions"). The Foreign Editions materially differ from the United States Editions. The Foreign Editions have thinner paper and different bindings, different cover and jacket designs,

4

fewer internal ink colors, if any, lower quality photographs and graphics, and generally lower prices than the United States Editions.  Also, the Foreign Editions often lack academic supplements, such as CD-ROMs, website passwords, or study guides.  The Foreign Editions are generally marked to indicate their lower cost by a legend indicating, in substance, that the title is a "Low Price Edition" and/or authorized for sale only in a particular country or geographic region.  The Foreign Editions are uniformly manufactured outside of the United States.

<u>Plaintiffs' Copyrights and Trademarks</u>

16.  Plaintiffs routinely register their copyrights. Pearson has registered the works identified on Schedule A (the "Pearson Copyrights").  Wiley has registered the works identified on Schedule B (the "Wiley Copyrights").  Cengage has registered the works identified on Schedule C (the "Cengage Copyrights").  McGraw-Hill has registered the works identified on Schedule D (the "McGraw-Hill Copyrights").

17.  Plaintiffs also own, themselves or through their parent or affiliate companies, trademarks that they use to differentiate their products from those of their competitors.

18.  Pearson PLC, Pearson's ultimate parent company, is the owner of and Pearson is an exclusive licensee of, with the accompanying right and duty to protect and enforce Pearson's

rights therein, the well-known trademarks "Pearson," "Pearson Education" and "Prentice Hall."  Pearson's affiliate corporation Addison Wesley Longman, Inc., is the owner of, and Pearson is the exclusive licensee of, with the accompanying right and duty to protect and enforce its and its affiliate company's rights therein, the well known trademarks "Addison Wesley" or "Addison-Wesley" (the "Pearson Trademarks").  The United States Registrations for the Pearson Trademarks are identified on Exhibit E.

19.  Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley Trademarks").  The United States Registrations for the Wiley Trademarks are identified on Exhibit F.

20.  Among Cengage's well-known trademarks are "Thomson Learning" (the "Cengage Trademarks").  The United States Registrations for the Cengage Trademarks are identified on Exhibit G.

21.  Among McGraw-Hill's well-known trademarks are "McGraw Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks").  The United States Registrations for the McGraw-Hill Trademarks are identified on Exhibit H.

<u>The Infringing Acts of Defendants</u>

22.  Defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the

United States and resold them to purchasers in the United States
through www.eBay.com, and other sites.

## FIRST CLAIM FOR RELIEF
(Copyright Infringement – 17 U.S.C. § 501)

23.  Plaintiffs repeat the averments contained in
paragraphs 1 through 22 as if set forth in full.

24.  Pearson has received United States Certificates
of Copyright Registration for the Pearson Copyrights.

25.  Wiley has received United States Certificates of
Copyright Registration for the Wiley Copyrights.

26.  Cengage has received United States Certificates
of Copyright Registration for the Cengage Copyrights.

27.  McGraw-Hill has received United States
Certificates of Copyright Registration for the McGraw-Hill
Copyrights.

28.  The Pearson, Wiley, Cengage and McGraw-Hill
Copyrights are valid and enforceable.

29.  Defendants have infringed the Pearson, Wiley,
Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C.
§ 501.

30.  Defendants' acts have irreparably damaged and,
unless enjoined, will continue to irreparably damage plaintiffs.
Plaintiffs have no adequate remedy at law for these wrongs and
injuries.  Plaintiffs are, therefore, entitled to a preliminary

and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

31.  Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

32.  Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

SECOND CLAIM FOR RELIEF
(Trademark Infringement – 15 U.S.C. § 1114(a))

33.  Plaintiffs repeat the averments contained in paragraphs 1 through 32 above as if set forth in full.

34.  Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein.  Pearson's licensor parent and affiliate companies have obtained United States Trademark Registrations for the Pearson Trademarks.

35.  Wiley owns the Wiley Trademarks, for which it has obtained United States Trademark Registrations.

36.  Cengage owns or is the exclusive licensee of the Cengage Trademarks, with the accompanying right and duty to protect and enforce all rights therein.  Cengage or its

licensors own the Cengage Trademarks, for which Cengage or its licensors have obtained United States Trademark Registrations.

37.   McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

38.   The Pearson, Wiley, Cengage and McGraw-Hill Trademarks are valid and enforceable.

39.   Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them on and/or in connection with the works that they have sold.

40.   Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so.  The damage to plaintiffs includes harm to their good will and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley, Cengage and McGraw-Hill Trademarks or any colorable imitation of them.

41.   Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Trademarks.

42.    Plaintiffs are entitled to recover (1) defendants' profits from the infringing books, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

<u>THIRD CLAIM FOR RELIEF</u>
(Common Law Unfair Competition Under State Law)

43.    Plaintiffs repeat the averments contained in paragraphs 1 through 42 above as if set forth in full.

44.    Defendants' acts complained of herein have damaged and may continue to damage plaintiffs irreparably.  The damage to plaintiffs includes harm to their goodwill and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley, Cengage and McGraw-Hill Trademarks or any colorable imitation of them, to restitution of defendants' ill-gotten gains, and to punitive damages in an amount to be determined by the trier of fact in this action.

WHEREFORE, plaintiffs demand judgment:

A.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and

all those acting in concert with them from infringing the
Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation
of 17 U.S.C. § 501;

B.    Awarding plaintiffs their damages or defendants'
profits, or alternatively, at plaintiffs' election, statutory
damages, as a result of defendants' willful infringement of the
Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.    Preliminarily and permanently enjoining
defendants, their agents, servants, employees, and attorneys and
all those acting in concert with them from infringing the
Pearson, Wiley, Cengage and McGraw-Hill Trademarks in violation
of 15 U.S.C. § 1114(a);

D.    Awarding plaintiffs their damages and/or
defendants' profits from their willful infringement of the
Pearson, Wiley, Cengage and McGraw-Hill Trademarks pursuant to
15 U.S.C. § 1117(a);

E.    Directing that defendants engage in such
additional activities, including, but not limited to, recalls of
products and corrective advertising, as may be necessary and
appropriate to mitigate the damage defendants have caused;

F.    Awarding plaintiffs their costs in this action,
including their reasonable attorneys' fees pursuant 17 U.S.C.
§ 505 and 15 U.S.C. § 1117;

G.    Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

H.    Granting such other and further relief as to this Court seems just and proper.

Dated:  New York, New York
        November 27, 2007

                                DUNNEGAN LLC


                                By _William Dunnegan_
                                    William Dunnegan (WD9316)
                                    Megan L. Martin (MM4396)
                                Attorneys for Plaintiffs
                                    Pearson Education, Inc.,
                                    John Wiley & Sons, Inc.,
                                    Cengage Learning Inc., and
                                    The McGraw-Hill Companies, Inc.
                                350 Fifth Avenue
                                New York, New York 10118
                                (212) 332-8300

Schedule A
"Pearson Copyrights"

<u>Title</u>     (<u>Date of Registration</u>)     (<u>Registration #</u>)

1.  Advertising Management, 5/10/1996, TX-4-276-155.
2.  Applied C++, 6/3/2003, TX-5-783-182.
3.  Applied Numerical Analysis, 10/6/2003, TX-5-832-443.
4.  Art of Computer Programming, 9/11/1997, TX-4-633-988.
5.  Artificial Intelligence, 2nd Ed, 2/4/2003, TX-5-677-567.
6.  Bioinformatics Computing, 1/15/2003, TX-5-730-451.
7.  Bioprocess Engineering, 11/7/2001, TX-5-462-906.
8.  Budgeting, 6/17/1988, TX-2-344-999.
9.  Business Data Networks & Telecommunications, 4/22/2002, TX-5-505-762.
10. Business Forecasting, 2/20/2001, TX-5-349-698.
11. Business Ethics, 7/26/2001, TX-5-361-630.
12. Chemical and Process Thermodynamics, 12/3/1999, TX-5-091-589.
13. Compensation Management in a Knowledge-Based World, 4/7/1997, TX-4-511-421.
14. Computer-Aided Power Systems Analysis, 2/5/1986, TX-1-753-432.
15. Concepts of Programming Languages, 9/22/2003, TX-5-866-258.
16. Cost Accounting, 3/26/2002, TX-5-501-847.
17. Data Abstraction and Problem Solving With Java, 9/5/2003, TX-5-814-578.
18. Decision Support Systems and Intelligent Systems, 11/10/1997, TX-4-660-463.
19. Digital Communication Techniques, 5/4/2000, TX-5-218-580.
20. Digital Communications Systems, 9/28/1999, TX-5-064-823.
21. Digital Design, 12/11/2001, TX-5-451-074.
22. Digital Image Processing Using Matlab, 3/9/2004 TX-5-919-455.
23. Discrete-Time Signal Processing, 4/25/2005, TX-6-116-972.
24. Dynamics of Structures, 12/8/2000, TX-5-316-314.
25. Economic Development, 8/29/2002, TX-5-604-942.
26. Economic Geography, 12/3/1987, TX-2-205-700.
27. Effective Public Relations, 10/4/1999, TX-5-064-837.
28. Electric Machinery & Transformers, 1/31/1991, TX-2-996-267.
29. Electrical Machines, Drives, and Power Systems, 5th Ed, 11/23/2001, TX-5-482-304.
30. E-marketing, 1/17/2003, TX-5-673-663.
31. Engineering Graphics With Autocad 2002, 1/28/2002, TX-5-462-106.
32. Enterprise Security, 10/31/2002, TX-5-642-992.

33. Environmental Science and Engineering, 7/9/1996, TX-4-324-141.
34. First Course in Abstract Algebra, 2/12/2003, TX-5-668-461.
35. First Course in Probability, 10/3/2001, TX-5-446-395.
36. Fundamentals of Database Systems, 9/22/2003, TX-5-819-036.
37. Fundamentals of Digital Image Processing, 11/28/1988, TX-2-449-498.
38. Feedback Control of Dynamic Systems, 4th Ed, 1/15/2002, TX-5-475-773.
39. Freund's Mathematical Statistics, 11/10/2003, TX-5-834-468.
40. Genetic Algorithms for Vlsi Design, 4/15/1999, TX-4-967-048.
41. Human Resource Management, 10/4/1999, TX-5-061-872.
42. Information Systems Control & Audit, 11/24/1998, TX-4-894-832.
43. Information Systems Today, 2/19/2003, TX-5-689-012.
44. International Business, 10th Ed, 2/20/2001, TX-5-361-504.
45. International Economics (Obstfeld), 2/23/2000, TX-5-136-458.
46. International Economics (Sprinkle), 2/19/2003, TX-5-680-711.
47. Introduction to Electrodynamics, 3/25/1999, TX-4-950-391.
48. Introduction to Environmental Engineering and Science, 9/4/1997, TX-4-621-716.
49. Introduction to Materials Management, 6/29/2000, TX-5-236-885.
50. Introduction to Robotics, 8/30/2004, TX-6-018-781.
51. Latex, 9/22/1994, TX-3-878-208.
52. Leadership in Organizations 4th Ed, 12/10/1997, TX-4-674-157.
53. Manual of Seismic Design, 2/12/1987, TX-2-021-662.
54. Market-Based Management, 2/1/2005, TX-6-095-787.
55. Marketing For Hospitality And Tourism, 7/30/2002, TX-5-589-438.
56. Marketing Management, 11th Ed, 7/1/2002, TX-5-563-569.
57. Modern Database Management, 5/12/2004, TX-5-956-418.
58. Modern Management, 9th Ed, 4/22/2002, TX-5-529-504.
59. Modern Power Electronics, 10/25/2001, TX-5-444-007.
60. Modern Quantum Mechanics, 10/4/93, TX-3-651-555.
61. Multimedia Information Networking, 7/6/1998, TX-4-703-013.
62. Multinational Business Finance, 9/22/2003, TX-5-856-343.
63. Multivariate Data Analysis, 5/29/1998, TX-4-795-988.
64. Operations Management (Ritzman), 1/23/1996, TX-4-193-391.
65. Optics, 9/22/2003, TX-5-819-036.
66. Options, Futures, and Other Derivatives, 4th ed., 10/04/1999, TX-5-065-409.
67. Organizational Behavior, 2/4/2003, TX-5-668-575.

14

68. Organizational Theory, Design, and Change, 6/12/2003, TX-5-738-545.
69. Pentium Microprocessor, 4/7/1997, TX-4-499-160.
70. Power Electronic Systems, 4/5/2001, TX-5-285-671.
71. Principles of Crop Production, 7/11/2001, TX-5-413-340.
72. Principles of Managerial Finance, 4/20/2000, TX-5-085-715.
73. Probability & Statistics for Engineers & Scientists, 10/31/2001, TX-5-456-934.
74. Psychological Testing, 8/12/2003, TX-5-832-227.
75. Psychology & Work Today, 12/27/2001, TX-5-472-051.
76. Radar, 11/2/1992, TXu-542-158.
77. Sears and Zemansky's University Physics, 9/10/2003, TX-5-796-468.
78. Selling Today, 8/20/2003, TX-5-807-753.
79. Signals, Systems, and Transforms, 3rd Ed, 10/15/2002, TX-5-622-947.
80. Soil Fertility and Fertilizers, 8/27/2004, TX-6-019-316.
81. Solid State Pulse Circuits, 9/18/1991, TXu-488-013.
82. Supply Chain Management, 7/3/2003, TX-5-755-950.
83. System Software, 10/15/1996, TX-4-281-309.
84. Understanding Digital Signal Processing, 4/16/2004, TX-5-949-814.
85. VLSI for Wireless Communication, 3/26/2002, TX-5-503-100.
86. Windows Sockets Network Programming, 2/29/1996, TX-4-194-474.
87. Wireless Communication Systems, 2/4/2004, TX-5-905-280.

Schedule B
"Wiley Copyrights"

<u>Title</u> (<u>Date of Registration</u>) (<u>Registration #)</u>

1.  Analysis & Design of Analog Integrated Circuits,  Ed
    4, 4/30/2001, TX-5-377-540
2.  Applied Econometric Times Series, 2nd Ed, 9/5/2003,
    TX-5-818-578
3.  Communication Systems, Fourth Edition (6/9/2000), (TX- 5-
    230-210)
4.  Economics, 4/2/2004, TX-5-946-365
5.  Fundamentals of Ground Water, 2/26/2003, TX-5-703-722
6.  Fundamentals of Momentum Heat & Mass Transfer, 4th Ed,
    1/2/2001, TX-5-319-861
7.  Introduction to Electric Circuits, 9/16/1998, TX-4-
    757-116
8.  Introduction to Linear Regression Analysis, 3rd Ed,
    5/29/2001, TX-5-268-140
9.  Introduction to Multivariate Statistical Analysis,
    9/5/2003, TX-5-818-577
10. Microwave Engineering, 3rd Ed, 3/12/2004, TX-5-939-
    958
11. Pattern Classification, Second Edition, (8/11/2006)(TX-
    6-418-016)
12. Theory & Design For Mechanical Measurements, Second
    Edition (1/24/1995) (TX-3-980-017)
13. Theories of Personality, 4th, 4/3/1978, TX-25-595

Schedule C
"Cengage Copyright"

<u>Title</u>        (<u>Date of Registration</u>)      (<u>Registration #</u>)

1.    Customizing Autocad 2004, 11/12/2002, TX-5-702-217.

Schedule D
"McGraw-Hill Copyrights"

Title          Date of Registration          Registration #

1.  Basic Business Communication, 10th Ed, 11/28/1990, TX2-950-211.
2.  Basic Econometrics, 4th Ed, (12/19/2002) TX-5-655-396.
3.  Basic Marketing, 15th Ed, (6/30/2004) TX-5-995-214.
4.  CMOS Digital Integrated Circuits, 12/19/2002, TX-5-659-287.
5.  Concepts in Biology, (4/23/2004) TX-5-955-991.
6.  Complex Variables & Applications, 7th Ed, 5/5/2003, TX-5-715-943.
7.  Computer Organization, 5th Ed, 8/8/2001, TX-5-362-472.
8.  Construction Planning, Equipment, and Methods, 6/14/2001, TX-5-394-193.
9.  Corporate Finance, (9/24/1998) TX-4-868-228.
10. Cost Management, 2nd Ed, (10/9/2002) TX-5-619-210.
11. Crafting And Executing Strategy, 12/7/2000, TX-5-201 165.
12. Investments, 6th Ed, (3/9/2004) TX-5-940-059.
13. Data Communications Networking, 3rd Ed, 9/2/2003, TX 5-861-749.
14. Database Management Systems, 10/9/2002, TX-5-619-208.
15. Design of Analog Cmos Integrated Circuits, 1/25/2001, TX-5-339-805.
16. Design of Concrete Structures, 13th Ed, 1/30/2004, TX 5-906-750.
17. Design w/ Operational Amplifiers & Analog Integrated Circuits, 9/17/2001, TX-5-389-698.
18. Designing and Managing the Supply Chain, 2nd Ed, 11/13/2002, TX-5-635-593.
19. Economics, 18th Ed, 8/5/2004, TX-6-037-505.
20. Electromagnetics, 12/20/1999, TX-5-032-273.
21. Electronic Circuit Analysis & Design, 10/12/2001, TX 5-438-257.
22. Engineering Circuit Analysis, 6th Ed, 8/1/2001, TX-5-361-603.
23. Engineering Electromagnetics, 7th Ed, 2/8/2005, TX-6-124-951.
24. Experimental Methods for Engineers, 7/28/2000, TX-5-276-088.
25. Financial Accounting, 2/28/2003, TX-5-697-734.
26. Fundamentals of Structural Analysis, 4/27/2004, TX-5-956-481.
27. Introduction to Computing Systems, 2nd Ed, 8/15/2003, TX-5-823-922.
28. Introduction to Information Systems, 8/16/2000, TX-5-

221-880.

29. Introduction to Mechatronics & Measurement Systems, 10/9/2002, TX-5-624-291.
30. Financial Markets and Institutions, 2nd Ed, (5/7/2003) TX-5-741-116.
31. Fundamentals of Electric Circuits, 2nd Ed, (02/28/2003) TX-5-706-432.
32. Human Physiology, 8th Ed, (5/5/2003) TX-5-717-445.
33. Human Resource Management, 2/14/1995, TX-3-667-594.
34. Investments, 6th Ed, (3/9/2004) TX-5-940-059.
35. Local Area Networks, 4/25/2002, TX-5-513-450.
36. Management Control Systems, 10/14/2003, TX-5-824-215.
37. Microeconomic Theory, 5/7/1980, TX-474-874.
38. New Products Management, (11/1/2002) TX-5-635-530 .
39. Neural Network Fundamentals, 11/2/1995, TX-4-151-623.
40. Operations Management for Competitive Advantage, (8/16/2000) TX-5-265-437.
41. Optical Fiber Communications, 4/25/2000, TX-5-199-866.
42. Organizational Behavior, 11th Ed, 6/14/2001, TX-5-360-845.
43. Physical Chemistry, 10/17/2001, TX-5-470-348.
44. Principles of Corporate Finance, 7th Ed, (3/10/2003) TX-5-672-907.
45. Product Design and Development, 3rd Ed, 9/28/2004, TX 6-084-921.
46. Product Management, 9/28/2004, TX-6-036-466.
47. Programming in Visual Basic .Net, 2/28/2003, TX-5-700-782.
48. Thermodynamics, (10/17/2001) TX-5-473-166.
49. Semiconductor Physics & Devices, 3rd Ed, 11/13/2002, TX-5-608-842.
50. Switching & Finite Automata Theory, 2nd Ed, 4/18/1978, TX-0-032-559.
51. Synthesis & Optimization of Digital Circuits, 3/22/1994, TX-3-763-958.
52. Systems Analysis and Design Methods, 11/2/2000, TX-5 201-138.
53. Taguchi Techniques for Quality Engineering 2nd Ed, 12/27/1995, TX-4-169-887.
54. TCP/IP Protocol Suite, 3rd Ed., 2/8/2005, TX-6-119-094.
55. VHDL, 8/14/1998, TX-4-810-218.
56. Wastewater Engineering 4th Ed, 10/31/1990, TX-2-940-941.