```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

PEARSON EDUCATION, INC.,               :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND             :
THE MCGRAW-HILL COMPANIES, INC.,
                                       :
                        Plaintiffs,
                                       :
        -against-                              07 CIV.
                                       :
MAANSI SAXENA AND YOGESH SAXENA
BOTH D/B/A BOOKSHORE D/B/A             :
BOOKSONTREES D/B/A DEAL-XPRESS
and JOHN DOE NOS. 1-5,                 :

                        Defendants.    :

-------------------------------x
```

10620

[Stamp: NOV 27 2007 U.S.D.C. S.D.N.Y. CASHIERS]

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 11/27/07

_____
SIGNATURE OF ATTORNEY