```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
PEARSON EDUCATION, INC. et al.,         :
                                        :
            Plaintiffs,                 :   07 Civ. 10620 (JSR)
                                        :
        -v-                             :          ORDER
                                        :
MAANSI SAXENA and YOGESH SAXENA et      :
al.,                                    :
                                        :
            Defendants.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Confirming the Court's orders from the bench, see transcript 12/18/07, this case is hereby referred to Magistrate Judge Gorenstein for settlement purposes only. Defendant Maansi Saxena's time to answer the complaint in this case is adjourned until a date to be determined during an in-court conference on January 10, 2008 at 10 a.m. in the related case, 06 Civ. 6354. In addition, an initial pre-trial conference in this matter is hereby scheduled for January 29, 2008 at 11 a.m. Although no overall case management plan will be entered until January 29, 2008, plaintiffs may proceed with third party document discovery at this time. In all other respects, this case is stayed until January 29, 2008.

    SO ORDERED.

                                                             JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
           December 18, 2007