Rev. 09/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

**Pearson Education**

     -against-

**Maansi Saxena, et al.**
------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10620(JSR)( GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X**    Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions:_____

=====================================================================================

* Do not check if already referred for general pretrial

**SO ORDERED**

DATED:    New York, New York
               12/18/07

_____
United States District Judge