I, John J. Nolan, Jr., hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am over the age of 18 and am employed by LSR Investigations.

2. I attempted to serve the summons and complaint in this action on the defendants at 122 Culver Street, Somerset, NJ on the following times:

    November 29, 2007 from 8:00 p.m. to 10:00 p.m.
    November 30, 2007 from 9:00 a.m. to 10:30 a.m.
    December 5, 2007 at 8:00 p.m.
    December 9, 2007 at 10:30 a.m.
    December 15. 2007 at 1:21 p.m.

    I was unable to do so because they were not home or would not answer the door.

3. On December 15, 2007, I annexed two true copies of the summons and complaint in this action on the front door of the house located at 122 Culver Street, Somerset, NJ.

4. On December 27, 2007, I mailed a true copy of the summons and complaint in a postage prepaid first class envelope, with a legend bearing the words "PERSONAL AND CONFIDENTIAL" and without any markings indicating it was from an attorney or otherwise concerns a legal action to:

    Yogesh Saxena
    122 Culver Street
    Somerset, NJ 08873

5. On December 27, 2007, I mailed a true copy of the summons and complaint in a postage prepaid first class envelope, with a legend bearing the words "PERSONAL AND CONFIDENTIAL" and without any markings indicating that it was from an attorney or otherwise concerns a legal action to :

    Maansi Saxena
    122 Culver Street
    Somerset, NJ 08873

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27th day of December, 2007.

_____
John J. Nolan, Jr.