UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND              :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                Plaintiffs,
                                        :
        -against-                          06 Civ. 6354 (JSR)
                                        :
MAANSI SAXENA AND YOGESH SAXENA
BOTH D/B/A BOOKSHORE D/B/A              :
BOOKSONTREES D/B/A DEAL-XPRESS
and JOHN DOE NOS. 1-5,                  :

                Defendants.    :

- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND              :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                Plaintiffs,
                                        :
        -against-                          07 Civ. 10620 (JSR)
                                        :
MAANSI SAXENA AND YOGESH SAXENA
BOTH D/B/A BOOKSHORE D/B/A              :
BOOKSONTREES D/B/A DEAL-XPRESS
and JOHN DOE NOS. 1-5,                  :

                Defendants.    :

- - - - - - - - - - - - - - - - - x

FINAL JUDGMENT AND PERMANENT INJUNCTION BY CONSENT

        IT IS HEREBY STIPULATED and agreed, by and

between the parties, conditional upon the approval of the

Court, that it is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-08

ORDERED, ADJUDGED AND DECREED that defendants
Maansi Saxena and Yogesh Saxena, d/b/a Bookshore d/b/a
Booksontrees d/b/a Deal-Xpress, and their agents, servants,
and employees, and all those acting in concert with them,
if any, are hereby PERMANENTLY ENJOINED from (i) infringing
the registered copyrights and trademarks of plaintiff
Pearson Education, Inc. ("Pearson"), identified on
Schedules A and E hereto, the registered copyrights and
trademarks of plaintiff John Wiley & Sons, Inc. ("Wiley"),
identified on schedules B and F hereto, the registered
copyrights and trademarks of plaintiff Cengage Learning
Inc. (formerly known as "Thomson Learning Inc.")
("Cengage"), identified on schedules C and G hereto, and
the registered copyrights and trademarks of plaintiff The
McGraw-Hill Companies, Inc. ("McGraw-Hill"), identified on
schedules D and H hereto, in violation of 17 U.S.C. § 501
or 15 U.S.C. § 1114(a); and from falsely designating the
origin of their products or services in violation of the
rights of Pearson, Wiley, Cengage and McGraw-Hill under 15
U.S.C. § 1125(a), and (ii) infringing any copyright or
trademark of Pearson, Wiley, Cengage or McGraw-Hill through
the sale in the United States of any book marked to
prohibit its resale in the United States; and it is further

2

application that either of them may file under the laws of the United States relating to bankruptcy; and it is further

ORDERED, ADJUDGED AND DECREED that Maansi Saxena and Yogesh Saxena shall have the right at any time to prepay the balance remaining, in whole or in part, but that a partial prepayment shall be allocated to the last amounts due and shall not delay the monthly payments owed to Pearson, Wiley, Cengage and McGraw-Hill; and it is further

ORDERED, ADJUDGED AND DECREED that, unless Pearson, Wiley, Cengage and McGraw-Hill notify Maansi Saxena and Yogesh Saxena to make payment to another person, Maansi Saxena and Yogesh Saxena shall pay the above amounts by check payable to Dunnegan LLC Attorney Trust Account, and sent to Dunnegan LLC, 350 Fifth Avenue, New York, New York 10118, or to such other address that William Dunnegan may provide to Maansi Saxena and Yogesh Saxena; and it is further

ORDERED, ADJUDGED AND DECREED that if Maansi Saxena and Yogesh Saxena do not make a payment in accordance with this final judgment and permanent injunction, to which they have consented to the entry, or within 10 business days of written notice to Maansi Saxena and Yogesh Saxena at the addresses provided below, by United States mail, (i) all amounts due under this final

5

judgment and permanent injunction shall become immediately due and payable, and (ii) Pearson, Wiley, Cengage and McGraw-Hill will be entitled to liquidated damages of fifty percent of the remaining balance in full satisfaction of their claim for attorney's fees in connection with the enforcement of this final judgment and permanent injunction; and it is further

ORDERED, ADJUDGED and DECREED that, except as set forth herein, Pearson, Wiley, Cengage and McGraw-Hill release any and all of their claims against Maansi Saxena and Yogesh Saxena, and Maansi Saxena and Yogesh Saxena release any and all of their claims, if any, against Pearson, Wiley, Cengage and McGraw-Hill; and it is further

ORDERED, ADJUDGED and DECREED that the above actions be, and hereby are, consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure;

ORDERED, ADJUDGED and DECREED that claims of Pearson, Wiley, Cengage and McGraw-Hill against Maansi Saxena and Yogesh Saxena in this action be, and hereby are, dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this final judgment and

permanent injunction.

Dated:   New York, New York
         January 23, 2008

_____
U.S.D.J.

## Consent to Entry

The parties, through their undersigned counsel

hereby consent to the entry of the foregoing final judgment

and permanent injunction.

Dated:    New York, New York
          January 18, 2008

DUNNEGAN LLC

By _William Dunnegan_

William Dunnegan (WD 9316)
Megan L. Martin (MM 4396)
Attorneys for Plaintiffs
  Pearson Education, Inc.
  John Wiley & Sons, Inc.
  Cengage Learning Inc. and
  The McGraw-Hill Companies, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

_Maansi Saxena_

Maansi Saxena
100 Rock Road, Apartment 41
Hawthorne, New Jersey 07506
(201) 961-5105

_Yogesh Saxena_

Yogesh Saxena
122 Culver Street
Somerville, New Jersey 08873

8

Schedule A
"Pearson Copyrights"

Title        (Date of Registration)     (Registration #)

1.    Advertising Management, 5/10/1996, TX-4-276-155.
2.    Applied C++, 6/3/2003, TX-5-783-182.
3.    Applied Numerical Analysis, 10/6/2003, TX-5-832-443.
4.    Art of Computer Programming, 9/11/1997, TX-4-633-988.
5.    Artificial Intelligence, 2nd Ed, 2/4/2003, TX-5-677-567.
6.    Bioinformatics Computing, 1/15/2003, TX-5-730-451.
7.    Bioprocess Engineering, 11/7/2001, TX-5-462-906.
8.    Budgeting, 6/17/1988, TX-2-344-999.
9.    Business Data Networks & Telecommunications, 4/22/2002, TX-5-505-762.
10.   Business Forecasting, 2/20/2001, TX-5-349-698.
11.   Business Ethics, 7/26/2001, TX-5-361-630.
12.   Chemical and Process Thermodynamics, 12/3/1999, TX-5-091-589.
13.   Compensation Management in a Knowledge-Based World, 4/7/1997, TX-4-511-421.
14.   Computer-Aided Power Systems Analysis, 2/5/1986, TX-1-753-432.
15.   Concepts of Programming Languages, 9/22/2003, TX-5-866-258.
16.   Cost Accounting, 3/26/2002, TX-5-501-847.
17.   Data Abstraction and Problem Solving With Java, 9/5/2003, TX-5-814-578.
18.   Decision Support Systems and Intelligent Systems, 11/10/1997, TX-4-660-463.
19.   Digital Communication Techniques, 5/4/2000, TX-5-218-580.
20.   Digital Communications Systems, 9/28/1999, TX-5-064-823.
21.   Digital Design, 12/11/2001, TX-5-451-074.
22.   Digital Image Processing Using Matlab, 3/9/2004 TX-5-919-455.
23.   Discrete-Time Signal Processing, 4/25/2005, TX-6-116-972.
24.   Dynamics of Structures, 12/8/2000, TX-5-316-314.
25.   Economic Development, 8/29/2002, TX-5-604-942.
26.   Economic Geography, 12/3/1987, TX-2-205-700.
27.   Effective Public Relations, 10/4/1999, TX-5-064-837.
28.   Electric Machinery & Transformers, 1/31/1991, TX-2-996-267.

9

29.  Electrical Machines, Drives, and Power Systems, 5th
     Ed, 11/23/2001, TX-5-482-304.
30.  E-marketing, 1/17/2003, TX-5-673-663.
31.  Engineering Graphics With Autocad 2002, 1/28/2002, TX-
     5-462-106.
32.  Enterprise Security, 10/31/2002, TX-5-642-992.
33.  Environmental Science and Engineering, 7/9/1996, TX-4-
     324-141.
34.  First Course in Abstract Algebra, 2/12/2003, TX-5-668-
     461.
35.  First Course in Probability, 10/3/2001, TX-5-446-395.
36.  Fundamentals of Database Systems, 9/22/2003, TX-5-819-
     036.
37.  Fundamentals of Digital Image Processing, 11/28/1988,
     TX-2-449-498.
38.  Feedback Control of Dynamic Systems, 4th Ed,
     1/15/2002, TX-5-475-773.
39.  Freund's Mathematical Statistics, 11/10/2003, TX-5-
     834-468.
40.  Genetic Algorithms for Vlsi Design, 4/15/1999, TX-4-
     967-048.
41.  Human Resource Management, 10/4/1999, TX-5-061-872.
42.  Information Systems Control & Audit, 11/24/1998, TX-4-
     894-832.
43.  Information Systems Today, 2/19/2003, TX-5-689-012.
44.  International Business, 10th Ed, 2/20/2001, TX-5-361-
     504.
45.  International Economics (Obstfeld), 2/23/2000, TX-5-
     136-458.
46.  International Economics (Sprinkle), 2/19/2003, TX-5-
     680-711.
47.  Introduction to Electrodynamics, 3/25/1999, TX-4-950-
     391.
48.  Introduction to Environmental Engineering and Science,
     9/4/1997, TX-4-621-716.
49.  Introduction to Materials Management, 6/29/2000, TX-5-
     236-885.
50.  Introduction to Robotics, 8/30/2004, TX-6-018-781.
51.  Latex, 9/22/1994, TX-3-878-208.
52.  Leadership in Organizations 4th Ed, 12/10/1997, TX-4-
     674-157.
53.  Manual of Seismic Design, 2/12/1987, TX-2-021-662.
54.  Market-Based Management, 2/1/2005, TX-6-095-787.
55.  Marketing For Hospitality And Tourism, 7/30/2002, TX-
     5-589-438.
56.  Marketing Management, 11th Ed, 7/1/2002, TX-5-563-569.
57.  Modern Database Management, 5/12/2004, TX-5-956-418.

58.  Modern Management, 9th Ed, 4/22/2002, TX-5-529-504.
59.  Modern Power Electronics, 10/25/2001, TX-5-444-007.
60.  Modern Quantum Mechanics, 10/4/93, TX-3-651-555.
61.  Multimedia Information Networking, 7/6/1998, TX-4-703-013.
62.  Multinational Business Finance, 9/22/2003, TX-5-856-343.
63.  Multivariate Data Analysis, 5/29/1998, TX-4-795-988.
64.  Operations Management (Ritzman), 1/23/1996, TX-4-193-391.
65.  Optics, 9/22/2003, TX-5-819-036.
66.  Options, Futures, and Other Derivatives, 4th ed., 10/04/1999, TX-5-065-409.
67.  Organizational Behavior, 2/4/2003, TX-5-668-575.
68.  Organizational Theory, Design, and Change, 6/12/2003, TX-5-738-545.
69.  Pentium Microprocessor, 4/7/1997, TX-4-499-160.
70.  Power Electronic Systems, 4/5/2001, TX-5-285-671.
71.  Principles of Crop Production, 7/11/2001, TX-5-413-340.
72.  Principles of Managerial Finance, 4/20/2000, TX-5-085-715.
73.  Probability & Statistics for Engineers & Scientists, 10/31/2001, TX-5-456-934.
74.  Psychological Testing, 8/12/2003, TX-5-832-227.
75.  Psychology & Work Today, 12/27/2001, TX-5-472-051.
76.  Radar, 11/2/1992, TXu-542-158.
77.  Sears and Zemansky's University Physics, 9/10/2003, TX-5-796-468.
78.  Selling Today, 8/20/2003, TX-5-807-753.
79.  Signals, Systems, and Transforms, 3rd Ed, 10/15/2002, TX-5-622-947.
80.  Soil Fertility and Fertilizers, 8/27/2004, TX-6-019-316.
81.  Solid State Pulse Circuits, 9/18/1991, TXu-488-013.
82.  Supply Chain Management, 7/3/2003, TX-5-755-950.
83.  System Software, 10/15/1996, TX-4-281-309.
84.  Understanding Digital Signal Processing, 4/16/2004, TX-5-949-814.
85.  VLSI for Wireless Communication, 3/26/2002, TX-5-503-100.
86.  Windows Sockets Network Programming, 2/29/1996, TX-4-194-474.
87.  Wireless Communication Systems, 2/4/2004, TX-5-905-280.
88.  Introduction to Financial Accounting, (April 19, 2004) (TX5916921)

11

89. Consumer Behavior, (February 27, 2004) (TX5913295)
90. Fundamentals of Multimedia Mark, (December 22, 2003)
91. Business Market Management Narus, (January 9, 2004) (TX5886949)
92. Discrete Mathematical Structures, (October 17, 2003) (TX5829939)
93. Takeovers Restructuring Corporate Governance, (September 11, 2003) (TX5799147)
94. Chemistry, (June 6, 2003) (TX5770857)
95. Management Information Systems, (March 25, 2003) (TX5725172)
96. Design of Aircraft, (November 26, 2002) (TX5645510)
97. Design for Six Sigma in Technology, (November 26, 2002) (TX5645325)
98. Advanced Corporate Finance, (October 31, 2002) (TX5643064)
99. Data Mining, (October 15, 2002) (TX5622899)
100. Econometric Analysis, (September 27, 2002) (TX5618734)
101. History & Systems of Psychology, (July 30, 2002) (TX5578415)
102. Mechatronics, (November 23, 2001) (TX5462559)
103. C#, (January 28, 2002) (TX5462116)
104. Global Marketing Management, (September 19, 2001) (TX5450507)
105. Modern Systems Analysis & Design, (September 19, 2001) (TX5443672)
106. Gaining & Sustaining Competitive Advantage, (June 27, 2001) (TX5405992)
107. Modern Physics, (May 30, 2000) (TX5225223)
108. Introduction to Biomedical Equipment Technology, (July 20, 2000) (TX5141187)
109. Data Structures & Algorithm Analysis, (January 19, 1999) (TX4921299)
110. Structured Computer Organization, (October 27, 1998) (TX4889355)
111. Advanced Engineering Mathematics, (January 22, 1998) (TX4699356)
112. Introduction to Parallel Computing, (December 3, 1993) (TX3685604)
113. Advanced Quantum Mechanics, (October 4, 1993) (TX3651555)
114. Principles of Cmos Vlis Design, (August 20, 1993) (TX3625435)
115. High-Speed Digital Design, (May 11, 1993) (TX3556188)
116. Numerical Methods for Mathematics, (March 23, 1992) (TX3277229)
117. Software Engineering, (January 18, 2001) (TX2993010)

12

118. Business Statistics, (March 19, 1986) (TX1786508)
119. Introductory Quantum Mechanics, (September 6, 2002) (TX4635817)
120. Molecular Biology of the Gene, (March 19, 2004) (PA1207086)
121. Microbiology, (September 10, 2003) (PA1207875)

Schedule B
"Wiley Copyrights"

Title (Date of Registration) (Registration #)

1.  Analysis & Design of Analog Integrated Circuits,  Ed
    4, 4/30/2001, TX-5-377-540
2.  Applied Econometric Times Series, 2nd Ed, 9/5/2003,
    TX-5-818-578
3.  Communication Systems, Fourth Edition (6/9/2000), (TX-
    5-  230-210)
4.  Economics, 4/2/2004, TX-5-946-365
5.  Fundamentals of Ground Water, 2/26/2003, TX-5-703-722
6.  Fundamentals of Momentum Heat & Mass Transfer, 4th Ed,
    1/2/2001, TX-5-319-861
7.  Introduction to Electric Circuits, 9/16/1998, TX-4-
    757-116
8.  Introduction to Linear Regression Analysis, 3rd Ed,
    5/29/2001, TX-5-268-140
9.  Introduction to Multivariate Statistical Analysis,
    9/5/2003, TX-5-818-577
10. Microwave Engineering, 3rd Ed, 3/12/2004, TX-5-939-
    958
11. Pattern Classification, Second Edition,
    (8/11/2006)(TX-  6-418-016)
12. Theory & Design For Mechanical Measurements, Second
    Edition (1/24/1995) (TX-3-980-017)
13. Theories of Personality, 4th, 4/3/1978, TX-25-595
14. Advanced Engineering Mathematics, Eighth Edition
    (August 28, 2003) (TX-5-784-074)
15. Advanced Inorganic Chemistry, Sixth Edition (July 20,
    1999) (TX-5-017-786)
16. Analog Integrated Circuit Design (February 14, 1997)
    (TX-4-491-581)
17. Analysis and Use of Financial Statements, Third
    Edition (March 5, 2003) (TX-5-697-672)
18. Analytical Chemistry, Sixth Edition (May 23, 2003)
    (TX-5-751-611)
19. Applied Combinatorics, Fourth Edition (October 11,
    2001) (TX-5-461-877)
20. Applied Regression Analysis, Third Edition (July 17,
    1998) (TX-4-800-470)
21. Basic Inorganic Chemistry, Third Edition (February 24,
    1995) (TX-4-012-445)
22. Bioinstrumentation (October 10, 2003) (TX-5-824-247)
23. Calculus, Seventh Edition (July 31, 2001) (TX-5-423-
    305)

14

24. Chemical Reaction Engineering, Third Edition
    (September 11, 1998) (TX-4-852-934)
25. Control Systems Engineering, Fourth Edition (October
    3, 2003) (TX-5-800-945)
26. Corporate Finance: Theory and Practice, Second Edition
    (April 9, 2001) (TX-5-372-684)
27. Device Electronics for Integrated Circuits, Third
    Edition (January 16, 2003)(TX-5-654-600)
28. Digital Signal and Image Processing (December 17,
    2003) (TX-5-877-772)
29. Discrete Mathematics With Algorithms (April 14, 1989)
    (TX-2-547-040)
30. Discrete Multivariate Distributions (May 14, 1997)
    (TX-4-529-928)
31. Economics of Strategy, Third Edition (August 29, 2003)
    (TX-5-792-450)
32. Engineering Mechanics: Statics, Fifth Edition
    (February 28, 2002) (TX-5-461-761)
33. Facilities Planning, Third Edition (January 15, 2003)
    (TX-5-654-755)
34. Fiber-Optic Communication Systems, Third Edition
    (August 16, 2002) (TX-5-594-799)
35. Fundamentals of Heat and Mass Transfer, Fifth Edition
    (October 25, 2001) (TX-5-457-784)
36. Fundamentals of Physics: Part 1, Sixth Edition
    (November 15, 1999) (TX-5-090-226)
37. Fundamentals of Physics: Part 2, Sixth Edition
    (November 15, 1999) (TX-5-090-226)
38. Fundamentals of Physics: Part 3, Sixth Edition
    (November 15, 1999) (TX-5-090-226)
39. Fundamentals of Semiconductor Fabrication (April 7,
    2004) (TX-5-954-663)
40. Fundamentals of Thermodynamics, Sixth Edition
    (November 12, 2002) (TX-5-612-550)
41. Gravitation and Cosmology (July 28, 1972) (A-357076)
    (Renewed November 17, 2000) (RE-831-808)
42. Information Technology Project Management (February
    19, 2003) (TX-5-667-483)
43. Internal Combustion Engines: Applied Thermosciences,
    Second Edition (January 22, 2001) (TX-5-332-515)
44. Introduction to Numerical Analysis, Second Edition
    (November 15, 1998) (TX-2-495-169)
45. Introduction to Optimization, Second Edition (October
    21, 2001) (TX-5-453-756)
46. Introduction to Probability Theory and Its
    Applications, Volume 1, Third Edition (January 24,
    1968) (A-966318)

47. Introduction to Probability Theory and Its Applications, Volume 2, Second Edition (March 17, 1971) (A-229902)
48. Introduction to Real Analysis, Third Edition (December 30, 1999) (TX-5-112-424)
49. Introduction to the Theory of Numbers, Fifth Edition (April 3, 1991) (TX-3-036-511)
50. Kinematics, Dynamics and Design of Machinery, Second Edition (December 16, 2003)(TX-5-875-266)
51. Linear Programming and Network Flows, Second Edition (January 26, 1990) (TX-2-731-856)
52. Linear Statistical Inference and Its Applications, Second Edition (April 13, 1973) (A-427-452) (September 27, 2001) (RE-847-341)
53. Managerial Economics: Analysis, Problems, Cases, Eighth Edition (August 29, 2003) (TX-5-796-634)
54. Management and Organizational Behavior: Essentials (January 23, 1996) (TX-4-179-390)
55. Marketing Management, Seventh Edition (March 7, 2000) (TX-5-152-450)
56. Materials Science and Engineering: An Introduction, Sixth Edition (October 7, 2003) (TX-5-804-687)
57. Medical Instrumentation, Third Edition (May 14, 1998) (TX-4-737-716)
58. Modern Physics For Engineers (March 22, 1999) (TX-4-956-397)
59. Multinational Financial Management, Seventh Edition (July 26, 2002) (TX-5-580-050)
60. Nonlinear Programming, Second Edition (March 22, 1993) (TX-3-517-566)
61. Operating Systems Concepts with Java, Sixth Edition (December 16, 2003) (TX-5-868-626)
62. Organic Chemistry, Eighth Edition (August 26, 2003) (TX-5-788-101)
63. Physics of Semiconductor Devices, Second Edition (November 6, 1981) (TX-798-252)
64. Probability and Statistics for Computer Science (September 2, 2003) (TX-5-812-912)
65. Process Dynamics and Control, Second Edition (December 12, 2003) (TX-5-834-334)
66. Quantum Physics of Atoms, Molecules, Solids, Nuclei and Particles, Second Edition (July 2, 1985) (TX-1-604-801)
67. Radar Principles (October 2, 1998) (TX-4-626-096)
68. Radio Frequency and Microwave Communication Circuits: Analysis and Design (May 4, 2001) (TX-5-383-567)

69. Research Methods For Business: A Skill Building Approach, Fourth Edition (November 14, 2002) (TX-5-635-592)
70. Semiconductor Devices: Physics and Technology, Second Edition (November 23, 2001) (TX-5-461-970)
71. Software Design: Form Programming to Architecture (May 15, 2003) (TX-5-738-618)
72. Soil Mechanics (March 7, 1969) (A-62929) (August 27, 1997) (RE-770-054)
73. Speech and Audio Signal Processing: Processing and Perception of Speech and Music (November 15, 1999) (TX-5-090-222)
74. Statistical Digital Signal Processing and Modeling (May 23, 1996) (TX-4-294-661)
75. Stereochemistry of Organic Compounds (September 15, 1994) (TX-3-879-734)
76. Systems Analysis and Design (March 7, 2000) (TX-5-152-449)

Schedule C
"Cengage Copyright"

Title      (Date of Registration)    (Registration #)

1.   Customizing Autocad 2004, 11/12/2002, TX-5-702-217.

2.   Modeling the Supply Chain (March 19, 2001) TXu 993-713

Schedule D
"McGraw-Hill Copyrights"

Title        Date of Registration        Registration #

1.  Basic Business Communication, 10th Ed, 11/28/1990, TX2-950-211.
2.  Basic Econometrics, 4th Ed, (12/19/2002) TX-5-655-396.
3.  Basic Marketing, 15th Ed, (6/30/2004) TX-5-995-214.
4.  CMOS Digital Integrated Circuits, 12/19/2002, TX-5-659-287.
5.  Concepts in Biology, (4/23/2004) TX-5-955-991.
6.  Complex Variables & Applications, 7th Ed, 5/5/2003, TX-5-715-943.
7.  Computer Organization, 5th Ed, 8/8/2001, TX-5-362-472.
8.  Construction Planning, Equipment, and Methods, 6/14/2001, TX-5-394-193.
9.  Corporate Finance, (9/24/1998) TX-4-868-228.
10. Cost Management, 2nd Ed, (10/9/2002) TX-5-619-210.
11. Crafting And Executing Strategy, 12/7/2000, TX-5-201 165.
12. Investments, 6th Ed, (3/9/2004) TX-5-940-059.
13. Data Communications Networking, 3rd Ed, 9/2/2003, TX 5-861-749.
14. Database Management Systems, 10/9/2002, TX-5-619-208.
15. Design of Analog Cmos Integrated Circuits, 1/25/2001, TX-5-339-805.
16. Design of Concrete Structures, 13th Ed, 1/30/2004, TX 5-906-750.
17. Design w/ Operational Amplifiers & Analog Integrated Circuits, 9/17/2001, TX-5-389-698.
18. Designing and Managing the Supply Chain, 2nd Ed, 11/13/2002, TX-5-635-593.
19. Economics, 18th Ed, 8/5/2004, TX-6-037-505.
20. Electromagnetics, 12/20/1999, TX-5-032-273.
21. Electronic Circuit Analysis & Design, 10/12/2001, TX 5-438-257.
22. Engineering Circuit Analysis, 6th Ed, 8/1/2001, TX-5-361-603.
23. Engineering Electromagnetics, 7th Ed, 2/8/2005, TX-6-124-951.
24. Experimental Methods for Engineers, 7/28/2000, TX-5-276-088.
25. Financial Accounting, 2/28/2003, TX-5-697-734.
26. Fundamentals of Structural Analysis, 4/27/2004, TX-5-956-481.
27. Introduction to Computing Systems, 2nd Ed, 8/15/2003, TX-5-823-922.

28. Introduction to Information Systems, 8/16/2000, TX-5-221-880.
29. Introduction to Mechatronics & Measurement Systems, 10/9/2002, TX-5-624-291.
30. Financial Markets and Institutions, 2nd Ed, (5/7/2003) TX-5-741-116.
31. Fundamentals of Electric Circuits, 2nd Ed, (02/28/2003) TX-5-706-432.
32. Human Physiology, 8th Ed, (5/5/2003) TX-5-717-445.
33. Human Resource Management, 2/14/1995, TX-3-667-594.
34. Investments, 6th Ed, (3/9/2004) TX-5-940-059.
35. Local Area Networks, 4/25/2002, TX-5-513-450.
36. Management Control Systems, 10/14/2003, TX-5-824-215.
37. Microeconomic Theory, 5/7/1980, TX-474-874.
38. New Products Management, (11/1/2002) TX-5-635-530 .
39. Neural Network Fundamentals, 11/2/1995, TX-4-151-623.
40. Operations Management for Competitive Advantage, (8/16/2000) TX-5-265-437.
41. Optical Fiber Communications, 4/25/2000, TX-5-199-866.
42. Organizational Behavior, 11th Ed, 6/14/2001, TX-5-360-845.
43. Physical Chemistry, 10/17/2001, TX-5-470-348.
44. Principles of Corporate Finance, 7th Ed, (3/10/2003) TX-5-672-907.
45. Product Design and Development, 3rd Ed, 9/28/2004, TX 6-084-921.
46. Product Management, 9/28/2004, TX-6-036-466.
47. Programming in Visual Basic .Net, 2/28/2003, TX-5-700-782.
48. Thermodynamics, (10/17/2001) TX-5-473-166.
49. Semiconductor Physics & Devices, 3rd Ed, 11/13/2002, TX-5-608-842.
50. Switching & Finite Automata Theory, 2nd Ed, 4/18/1978, TX-0-032-559.
51. Synthesis & Optimization of Digital Circuits, 3/22/1994, TX-3-763-958.
52. Systems Analysis and Design Methods, 11/2/2000, TX-5-201-138.
53. Taguchi Techniques for Quality Engineering 2nd Ed, 12/27/1995, TX-4-169-887.
54. TCP/IP Protocol Suite, 3rd Ed., 2/8/2005, TX-6-119-094.
55. VHDL, 8/14/1998, TX-4-810-218.
56. Wastewater Engineering 4th Ed, 10/31/1990, TX-2-940-941.
57. Measurement Systems, (October 20, 2003) TX 5-831-987
58. Biology, (4/26/2004) TX 5-953-607

59.  <u>Digital Signal Processing</u>, (pending application for registration)

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:                          (          )

Dear Litigant,

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

$450.00

The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $250.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

J. Michael McMahon, Clerk of Court

by: _____

, Deputy Clerk

APPEAL FORMS
Docket Support Unit                                    Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------X
                                          |
                                          |         NOTICE OF APPEAL
                                          |
              -V-                         |
                                          |
                                          |         civ.          (    )
                                          |
------------------------------------------X
```

      Notice is hereby given that _____

                                                  (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                                       (day)                (month)          (year)

                                      _____
                                          (Signature)

                                        _____
                                          (Address)

                                        _____
                                     (City, State and Zip Code)

Date: _____        (    ) _____-_____
                                              (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

<u>FORM 1</u>

<u>APPEAL FORMS</u>

Docket Support Unit

Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------X
                                                 |
                                                 |          MOTION FOR EXTENSION OF TIME
                                                 |           TO FILE A NOTICE OF APPEAL
                                                 |
               -V-                               |
                                                 |          civ.          (    )
                                                 |
                                                 |
-------------------------------------------------X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully

(party)

requests leave to file the within notice of appeal out of time. _____

(party)

desires to appeal the judgment in this action entered on _____ but failed to file a

(day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____          (        ) _____-_____
                                              (Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2

APPEAL FORMS

Docket Support Unit                                          Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-----------------------------------------------X
                                               |
                                               |            NOTICE OF APPEAL
                                               |                  AND
        -V-                                    |      MOTION FOR EXTENSION OF TIME
                                               |
                                               |         civ.          (    )
                                               |
-----------------------------------------------X
```

1.    Notice is hereby given that _____ hereby appeals to
                                                        (party)
the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
                              [Give a description of the judgment]


2.    In the event that this form was not received in the Clerk's office within the required time

_____ respectfully requests the court to grant an extension of time in
              (party)
accordance with Fed. R. App. P. 4(a)(5).

        a.    In support of this request, _____ states that
                                                              (party)
this Court's judgment was received on _____ and that this form was mailed to the
                                                    (date)
court on _____ .
                  (date)

                                              _____
                                                           (Signature)

                                              _____
                                                            (Address)

                                              _____
                                                     (City, State and Zip Code)

Date: _____           (        ) _____-_____
                                                        (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the
District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if
the United States or an officer or agency of the United States is a party).

<u>FORM 3</u>


<u>APPEAL FORMS</u>
Docket Support Unit                                               Revised:   March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
---------------------------------------------X
                                             |
                                             |          AFFIRMATION OF SERVICE
                                             |
                  -V-                        |
                                             |
                                             |          civ.          (    )
                                             |
                                             |
---------------------------------------------X
```

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____ ____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
           New York, New York

                                        _____
                                                  (Signature)

                                        _____
                                                  (Address)

                                        _____
                                              (City, State and Zip Code)

FORM 4

APPEAL FORMS

Docket Support Unit                                    Revised:  March 4, 2003